UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

GERALD ALEXANDER FISHER,
    Plaintiff,

v.                                  CASE NO. 3:13-cv-1285-J-20PDB

STATE OF FLORIDA,
    Defendant.
_____/

## ORDER

    **THIS CAUSE** is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 10), addressing Plaintiff's "Application to Proceed in District Court without Prepaying Fees or Costs" (Dkt. 2). The Magistrate Judge recommended that the Amended Complaint be dismissed without prejudice for lack of subject-matter jurisdiction. No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

    Accordingly, it is **ORDERED**:

    1. The Magistrate Judge's Report and Recommendation (Dkt. 10) is adopted;

    2. This case is **DISMISSED without prejudice**; and

    3. The Clerk is directed to terminate all pending motions and close this case.

    **DONE AND ORDERED** at Jacksonville, Florida, this 30 day of July, 2014.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Patricia D. Barksdale
Gerald Alexander Fisher, Pro Se